IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TSIST SISTAS VO OME VOTO REVERE formerly known as WILLIAM RAY FLORES, a.k.a. NATALIA FLORES, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. CV08-147-S-EJL (lead case) |
| vs. | ) ) ) | |
| | ) | **JUDGMENT** |
| LES PETERSON and C/O WADE, | ) ) ) | |
| Defendants. | ) ) | |
| TSIST SISTAS VO OME VOTO REVERE formerly known as WILLIAM RAY FLORES, a.k.a. NATALIA FLORES, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. CV08-414-S-EJL |
| vs. | ) ) | |
| DEPUTY WARDEN YORDY and SERGEANT NITCHOLLS, | ) ) ) ) | |
| Defendants. | ) ) | |
| TSIST SISTAS VO OME VOTO REVERE formerly known as WILLIAM RAY FLORES, a.k.a. NATALIA FLORES, | ) ) ) ) ) | |

**JUDGMENT  - 1**

|  |  |  |
|---|---|---|
| Plaintiff, | ) | Case No. CV08-462-S-EJL |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| SERGEANT WEB, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendants and the above-entitled actions are DISMISSED IN THEIR ENTIRETY WITHOUT PREJUDICE.

DATED: **September 15, 2009**

_____
~~Honor~~able Edward J. Lodge
U. S. District Judge

**JUDGMENT  - 2**